# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OSM Media, LLC d/b/a Pajamas Media and PJTV, ) ) ) Plaintiff, ) ) v. ) ) United States Department of Justice, ) ) Defendant. ) ) | Civil Action No. 11-00103 (EGS) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff OSM Media, LLC and Defendant United States Department of Justice hereby stipulate to the dismissal of this action with prejudice.

Dated:  September 1, 2011                                         Respectfully Submitted,

/s/ Michael Bekesha                                                  TONY WEST
Michael Bekesha (D.C.  Bar No. 995749)           Assistant Attorney General
JUDICIAL WATCH, INC.
425 Third Street, S.W., Suite 800                          JOHN R. TYLER
Washington, DC   20024                                        Assistant Director
(202) 646-5172

*Counsel for Plaintiff*                                                s/ Ethan P. Davis
                                                                                   ETHAN P. DAVIS (N.Y. Bar)
                                                                                   Trial Attorney
                                                                                   United States Department of Justice
                                                                                   Civil Division, Federal Programs Branch
                                                                                   20 Massachusetts Avenue NW
                                                                                   Washington, DC 20543
                                                                                   (202) 514-9242

                                                                                   *Counsel for Defendant*